

07 CRIM. 551

## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | James Molinelli<br>Clerk's Office | OFFENSE: <u>CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE [21 USC 846]; POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA [21 USC 841(a)]</u> |
| | | ORIGINAL SENTENCE: <u>One Hundred Twenty (120) months as to Counts 1 & 2 to be served concurrently.</u> |
| FROM: | Yvonne Rivera<br>U.S. Probation Officer | SPEC. CONDITIONS: <u>Time served; 8 yrs. Supervised Release. Defendant shall participate in an approved drug and/or alcohol treatment program which may include residential placement if deemed necessary. Defendant shall contribute to the cost of the program in an amount to be determined by the Probation Office. All standard and mandatory conditions apply. $200 Special Assessment.</u> |

RE:   VARGAS, Dinisio
       Docket # <u>96 CR 858</u>

DATE OF SENTENCE:   <u>August 20, 1997</u>

DATE:   June 7, 2007



ATTACHMENTS:   PSI <u>X</u>   JUDGMENT <u>X</u>

REQUEST FOR:   COURT DIRECTION <u>X</u>

---

### REQUEST FOR ACCEPTANCE OF JURISDICTION

This offender was sentenced in the Southern District of Florida (Miami) on August 20, 1997, as outlined above. He was released from custody on October 15, 2004 to commence his supervised release term. On May 23, 2007, the Southern District of Florida initiated a transfer of jurisdiction with their Court, based on his permanent residence in this district.

Enclosed please find Probation Form(s) 22 signed on May 23, 2007 by the Honorable Ursula Ungaro, U.S. District Judge for the Southern District of Florida, ordering that their Court records be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction.

**VARGAS, Dinisio**                                                                    P18126-YR
Docket #: 96 CR 858
**Page 2**

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached forms (Probation 22), be endorsed and returned to our office.

                                          Respectfully submitted,

                                          Chris J. Stanton
                                          Chief U.S. Probation Officer

By:                   _/s/ Yvonne Rivera_____
                            Yvonne Rivera
                            U.S. Probation Officer
                            212-805-5192

Approved By:    _/s/ Avriel G. George_____   6-7-07
                          Avriel G. George                Date:
                          Supervising U.S. Probation Officer

/dg
Enclosures (2)